UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JESSICA P.,<br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY,[1]<br>    Defendant. | No. 3:21-cv-00084 (SRU)(RAR) |

### ORDER

On review and pursuant to 28 U.S.C. § 636(b)(1) and Rule 72.2 of the Local Rules for United States Magistrate Judges (D. Conn.), and in consideration of the fact that no objections were filed and the time in which to do so has passed, the recommended ruling (doc. #28) granting plaintiff's Motion to Reverse the Decision of the Commissioner (doc. # 20) and denying defendant's Motion to Affirm the Decision of the Commissioner (doc. #26) is APPROVED and ADOPTED in its entirety. The case is remanded for further development of the record consistent with the recommended ruling, including a *de novo* hearing before an ALJ, and a new decision.

The Clerk shall enter judgment and close the case.

So ordered.

Dated at Bridgeport, Connecticut, this 23rd day of March 2022.

                                                  /s/ STEFAN R. UNDERHILL
                                                Stefan R. Underhill
                                                United States District Judge

---

[1] On or about July 9, 2021, Kilolo Kijakazi became the acting Commissioner of the Social Security Administration and is substituted for Andrew Saul as defendant in this action. See Fed. R. Civ. Proc. 25(d)(1). The Clerk of the Court is directed to update the docket accordingly.